IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                                         PLAINTIFF

V.                                         NO: 3:15CV00001 JM

JOEY MARTIN *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE